UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dana J. Jackson,                                                        Civil No. 19-2688 (DWF/BRT)

           Plaintiff,

v.                                                                        **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Laura D. Steele, and Shane Hitchler,

           Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 22, 2019. (Doc. No. 6.) No objections have been filed to that Report and Recommendation in the time period permitted. Indeed, on October 28, 2019, Plaintiff filed a self-styled "Motion to Abandon Objection of Report and Recommendations," noting that she will accept the recommendation in this case. (Doc. No. 8.) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Thorson's October 28, 2019 Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

2. This action is summarily **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

3. Plaintiff's Application to Proceed in District Court Without Prepayment of Fees (Doc. No. [2]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 19, 2019
s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge